United States District Court
Southern District of Texas
**ENTERED**
May 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JACLYN KELLEY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-359 |
| § | |
| FISHER-PRICE INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER REMANDING CASE

Before the Court are Plaintiffs' First Amended Complaint (D.E. 14), Defendants' Motion to Dismiss Defendant Williams for Improper Joinder (D.E. 21), Plaintiffs' response to the motion to dismiss and Renewed Motion to Remand (identical documents filed as D.E. 22 and 23), and Defendants' reply in support of dismissal and response to the renewed motion to remand (D.E. 25). After due consideration, applying the standard of review in favor of remand and placing the heavy burden of showing removal jurisdiction on Defendants as removing parties, the Court concludes that Defendants have not carried their burden to demonstrate that Plaintiffs are unable to establish a cause of action against Defendant Amy Renee Williams. It is therefore,

ORDERED that the motion to dismiss (D.E. 21) is DENIED, the renewed motion to remand (D.E. 23) is GRANTED, and this action is remanded to the 347th Judicial District Court, Nueces County, Texas from which it was removed.

ORDERED this 27th day of May, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE